UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-22167-CIV-MOORE/GOODMAN

HARRY W ROBERTS,

    Plaintiff,

v.

G. PICHARDO, *et al.*,

    Defendants.

_____/

## REPORT & RECOMMENDATIONS

This matter is before the Court on Plaintiff's motion for a temporary restraining order and/or preliminary injunction (DE# 130), filed on November 15, 2010. I have reviewed the motion, the accompanying exhibits (DE# 129, 129-1), relevant portions of the case file, and the applicable law.

Pursuant to the District Court's Order adopting my Report and Recommendations, this case is proceeding solely on a First Amendment retaliation theory against Defendant Pichardo (DE# 105,121). Included in the Report was a recommendation the Plaintiff was not entitled to equitable relief, such as a preliminary injunction or temporary restraining order, because he had moved from the facility where the events giving rise to this lawsuit took place to a different correctional institution (DE# 105, at 7-8). Because the District Court already determined that the Plaintiff is not entitled to the relief sought in this motion, I must construe the motion as a motion for reconsideration of that decision.

Federal Rule of Civil Procedure 60(b) provides that upon motion the court may relieve a party from a final judgment, order, or proceeding because of:

    (1)  mistake, inadvertence, surprise, or excusable neglect;

    (2)  newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

>  (3) fraud . . . misrepresentation, or misconduct by an opposing party;
>
>  (4) the judgment is void;
>
>  (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
>
>  (6) any other reason that justifies relief.

The Plaintiff's motion does not satisfy any of the grounds for reconsideration enumerated in Rule 60(b). In fact, the motion appears to be seeking injunctive relief against correctional officers at the Plaintiff's *new* facility. But the correctional officers at Plaintiff's new facility are not parties to this action and the Court does not have jurisdiction over them. Although Defendant Pichardo is the only remaining defendant in this case, I have searched through the nearly 170 pages submitted by the Plaintiff in support of his motion and cannot find a single reference to Pichardo.

I have also reviewed the prison grievance documents attached to the motion and they appear to be completely *unconnected* to the retaliation claim against Pichardo. The Plaintiff has apparently filed numerous internal prison grievances on a wide range of subjects that have nothing to do with this lawsuit. These include complaints about prison visitation, meals, and even whether the prison barber is being adequately supplied with new shaving blades (see, e.g., DE# 129, at 6-9; 129-1, at 62).

I therefore recommend that the motion for a temporary restraining order and/or preliminary injunction be **DENIED**.

Pursuant to 28 U.S.C. § 636(b)(1) and Local Magistrate Rule 4(b), the parties have fourteen (14) days after being served with a copy of this Report and Recommendation to serve and file written objections, if any, with the Honorable K. Michael Moore, United States District Judge. Each party may file a response to the other party's objection within 14 days of the objections. Failure to timely file objections shall bar the parties from a *de novo* determination by the District

Judge of an issue covered in this report and bar the parties from attacking on appeal the factual findings contained herein. *Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993) (citing *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988)).

RESPECTFULLY RECOMMENDED, in Chambers, in Miami, Florida, this 18th day of November, 2010.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable K. Michael Moore
All counsel of record

Harry W. Roberts, **PRO SE**
DC #058663
Florida State Prison
7819 NW 228TH St.
Raiford, FL 32026